UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LENNY R. SCHWARTZ, JR.,

    Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

    Defendants.

No. C05-732P

ORDER GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT

    This matter comes before the Court on Plaintiff's motion for leave to file an amended complaint. (Dkt. No. 60). This motion is unopposed by Defendants. Consistent with the Court's earlier order granting Plaintiff leave to file an amended complaint with respect to his claims against Defendants Aaron Reardon, Steve Thompson, Chris Bly, and Nancy Gibson, Plaintiff's motion to amend is GRANTED.

    The clerk is directed to provide copies of this order to Plaintiff and to all counsel of record.

    Dated: April 18, 2006.

                                  s/Marsha J. Pechman
                                  Marsha J. Pechman
                                  United States District Judge

ORDER - 1